O. Z. EASON ET AL. v. J. W. JONES, COMMISSIONER IN THE MATTER OF O. Z. EASON ET AL. v. MALCOM EASON.

.(Filed 23 September, 1925.)

APPEAL by defendant from JOHNSTON Superior Court. *Bond, J.*

Special proceeding, for the sale of land for partition pending in the Superior Court of Johnston County. Plaintiff alleges that the clerk made an allowance to the commissioner appointed to sell the land far in excess of that allowed by law, and alleges that defendant unlawfully retained proceeds of the sale, and let it pass through his hands as assets of the estate upon which he had administered, the same being retained in addition to the sum allowed by the clerk as commissioner's fees and taxed in the bill of cost, in accordance with C. S., vol. III, 766(a). From a judgment reversing the order of the clerk, the defendant appealed.

*Harry P. Johnson, Leon G. Stevens for plaintiff.*
*R. L. Ray for defendant.*

PER CURIAM. This is purely a question of fact, and upon the evidence the court below has determined what the facts are. The judgment of the court below must be

Affirmed.

---

WILLIE McNAIR v. NORFOLK SOUTHERN RAILROAD CO.

(Filed 23 September, 1925.)

APPEAL by plaintiff from *Sinclair, J.,* at January Term, 1925, of WASHINGTON.

Civil action to recover damages for an alleged negligent injury and killing of plaintiff's livestock (mule) by defendant's engine and cars.

From a verdict and judgment for defendant, the plaintiff appeals, assigning errors.

*P. H. Bell for plaintiff.*
*Z. V. Norman, Small, MacLean & Rodman for defendant.*

PER CURIAM. The evidence is conflicting on the main issue of liability; it is purely a question of fact; the jury has determined the matter